# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:18−cv−00137−GMS

Personal Web Technologies, LLC et al v. WeddingWire, Inc.  
Assigned to: Judge Gregory M. Sleet  
Related Cases: 1:18−cv−00136−GMS  
                     1:18−cv−00133−GMS  
                     1:18−cv−00135−GMS  
                     1:18−cv−00134−GMS  
Cause: 35:271 Patent Infringement

Date Filed: 01/24/2018  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Personal Web Technologies, LLC**  
*a Texas limited liability company*

represented by **Brian E. Farnan**  
Farnan LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801  
(302) 777−0300  
Fax: (302) 777−0301  
Email: bfarnan@farnanlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jeffrey F. Gersh**  
Email: jeffgersh@iplawllp.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**  
Farnan LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801  
302−777−0338  
Fax: 302−421−5870  
Email: mfarnan@farnanlaw.com  
*ATTORNEY TO BE NOTICED*

**Viviana Borero Hedrick**  
Email: vivianahedrick@iplawllp.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Level 3 Communications, LLC**  
*a Delaware limited liability company*

represented by **Brian E. Farnan**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **WeddingWire, Inc.**<br>*a Delaware corporation* | represented by | **Steven J. Balick**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654–1888<br>Fax: (302) 654–2067<br>Email: sbalick@ashbygeddes.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew Colin Mayo**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302–654–1888<br>Email: amayo@ashbygeddes.com<br>*ATTORNEY TO BE NOTICED*<br><br>**J. David Hadden**<br>Email: dhadden@fenwick.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Phillip J. Haack**<br>Email: phaack@fenwick.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ravi R. Ranganath**<br>Email: rranganath@fenwick.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Saina S. Shamilov**<br>Email: sshamilov@fenwick.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Todd R. Gregorian**<br>Email: tgregorian@fenwick.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2018 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against WeddingWire, Inc. – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311−2308370.) – filed by Personal Web Technologies, LLC, Level 3 Communications, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(nmfn) (Entered: 01/25/2018) |
| 01/24/2018 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (nmfn) (Entered: 01/25/2018) |
| 01/24/2018 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US 5,978,791; US 6,928,442 B2; US 7,802,310 B2; US 8,099,420 B2; US 7,945,544 B2. (nmfn) (Entered: 01/25/2018) |
| 01/24/2018 | Ï 4 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent CenturyLink, Inc., Corporate Parent Level 3 Financing, Inc. for Level 3 Communications, LLC filed by Level 3 Communications, LLC; No corporate parents for Personal Web Technologies, LLC filed by Personal Web Technologies, LLC. (nmfn) (Entered: 01/25/2018) |
| 01/25/2018 | Ï | Summons Issued with Magistrate Consent Notice attached as to WeddingWire, Inc. on 1/25/2018. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302−573−6170 and ask the Clerk to mail the summons to them. (nmfn) (Entered: 01/25/2018) |
| 01/31/2018 | Ï | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. Associated Cases: 1:18−cv−00133−GMS, 1:18−cv−00134−GMS, 1:18−cv−00135−GMS, 1:18−cv−00136−GMS, 1:18−cv−00137−GMS (rjb) (Entered: 01/31/2018) |
| 01/31/2018 | Ï 5 | MOTION for Pro Hac Vice Appearance of Attorney Michael A. Sherman, Jeffrey F. Gersh, and Wesley W. Monroe − filed by Personal Web Technologies, LLC. (Farnan, Brian) (Entered: 01/31/2018) |
| 02/01/2018 | Ï | SO ORDERED − re (5 in 1:18−cv−00136−GMS, 5 in 1:18−cv−00134−GMS, 5 in 1:18−cv−00135−GMS, 5 in 1:18−cv−00133−GMS, 5 in 1:18−cv−00137−GMS) MOTION for Pro Hac Vice Appearance of Attorney Michael A. Sherman, Jeffrey F. Gersh, and Wesley W. Monroe filed by Personal Web Technologies, LLC. Ordered by Judge Gregory M. Sleet on 2/1/2018. Associated Cases: 1:18−cv−00136−GMS, 1:18−cv−00133−GMS, 1:18−cv−00134−GMS, 1:18−cv−00135−GMS, 1:18−cv−00137−GMS(mdb) (Entered: 02/01/2018) |
| 02/08/2018 | Ï | Pro Hac Vice Attorney Jeffrey F. Gersh for Personal Web Technologies, LLC, added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Associated Cases: 1:18−cv−00134−GMS, 1:18−cv−00133−GMS, 1:18−cv−00135−GMS, 1:18−cv−00136−GMS, 1:18−cv−00137−GMS(crb) (Entered: 02/08/2018) |
| 02/13/2018 | Ï 6 | WAIVER OF SERVICE returned executed by Personal Web Technologies, LLC, Level 3 Communications, LLC: For WeddingWire, Inc. waiver sent on 2/6/2018, answer due 4/9/2018. (Farnan, Brian) (Entered: 02/13/2018) |
| 03/08/2018 | Ï 7 | NOTICE of Appearance by Steven J. Balick on behalf of WeddingWire, Inc. (Balick, Steven) (Entered: 03/08/2018) |
| 03/08/2018 | Ï 8 | MOTION for Pro Hac Vice Appearance of Attorney J. David Hadden, Saina S. Shamilov, Todd R. Gregorian, Phillip Haack, and Ravi Ranganath − filed by WeddingWire, Inc.. (Mayo, Andrew) (Entered: 03/08/2018) |
| 03/09/2018 | Ï 9 | |

| | | |
|---|---|---|
| | | MOTION for Pro Hac Vice Appearance of Attorney Viviana Boero Hedrick – filed by Personal Web Technologies, LLC. (Farnan, Brian) Modified on 3/12/2018 (mdb). (Entered: 03/09/2018) |
| 03/12/2018 | Ï | SO ORDERED – re 8 MOTION for Pro Hac Vice Appearance of Attorney J. David Hadden, Saina S. Shamilov, Todd R. Gregorian, Phillip Haack, and Ravi Ranganath filed by WeddingWire, Inc. Ordered by Judge Gregory M. Sleet on 3/12/2018. (mdb) (Entered: 03/12/2018) |
| 03/12/2018 | Ï | SO ORDERED – re (7 in 1:18–cv–00133–GMS, 9 in 1:18–cv–00134–GMS, 7 in 1:18–cv–00136–GMS, 7 in 1:18–cv–00135–GMS, 9 in 1:18–cv–00137–GMS) MOTION for Pro Hac Vice Appearance of Attorney Viviana Boero Hedrick filed by Personal Web Technologies, LLC. Ordered by Judge Gregory M. Sleet on 3/12/2018. Associated Cases: 1:18–cv–00133–GMS, 1:18–cv–00134–GMS, 1:18–cv–00135–GMS, 1:18–cv–00136–GMS, 1:18–cv–00137–GMS(mdb) (Entered: 03/12/2018) |
| 03/13/2018 | Ï | Pro Hac Vice Attorney Phillip J. Haack for WeddingWire, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (ceg) (Entered: 03/13/2018) |
| 03/14/2018 | Ï | Pro Hac Vice Attorney Todd R. Gregorian, Ravi R. Ranganath, Saina S. Shamilov, J. David Hadden for WeddingWire, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (crb) (Entered: 03/14/2018) |
| 03/16/2018 | Ï | Pro Hac Vice Attorney Viviana Borero Hedrick for Personal Web Technologies, LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Associated Cases: 1:18–cv–00133–GMS, 1:18–cv–00134–GMS, 1:18–cv–00135–GMS, 1:18–cv–00136–GMS, 1:18–cv–00137–GMS(crb) (Entered: 03/16/2018) |
| 03/22/2018 | Ï 10 | STIPULATION TO EXTEND TIME to Respond to the Complaint to June 15, 2018 – filed by WeddingWire, Inc.. (Mayo, Andrew) (Entered: 03/22/2018) |
| 03/23/2018 | Ï | SO ORDERED – re (10 in 1:18–cv–00137–GMS) STIPULATION TO EXTEND TIME to Respond to the Complaint to June 15, 2018 filed by WeddingWire, Inc., (10 in 1:18–cv–00136–GMS) STIPULATION TO EXTEND TIME to Respond to the Complaint to June 15, 2018 filed by Match Group, Inc., (10 in 1:18–cv–00135–GMS) STIPULATION TO EXTEND TIME to Respond to the Complaint to June 15, 2018 filed by LiveChat, Inc., (10 in 1:18–cv–00134–GMS) STIPULATION TO EXTEND TIME to Respond to the Complaint to June 15, 2018 filed by Karma Mobility Inc.. Ordered by Judge Gregory M. Sleet on 3/23/2018. Associated Cases: 1:18–cv–00134–GMS, 1:18–cv–00135–GMS, 1:18–cv–00136–GMS, 1:18–cv–00137–GMS(mdb) (Entered: 03/23/2018) |
| 04/03/2018 | Ï 11 | MOTION to Stay – filed by LiveChat, Inc., Karma Mobility Inc., WeddingWire, Inc., Match Group, Inc.. (Attachments: # 1 Text of Proposed Order)(Balick, Steven) (Entered: 04/03/2018) |
| 04/03/2018 | Ï 12 | OPENING BRIEF in Support re 11 MOTION to Stay filed by WeddingWire, Inc..Answering Brief/Response due date per Local Rules is 4/17/2018. (Balick, Steven) (Entered: 04/03/2018) |
| 04/03/2018 | Ï 13 | DECLARATION of Steven J. Balick re 12 Opening Brief in Support by WeddingWire, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Balick, Steven) Modified on 4/4/2018 (mdb). (Entered: 04/03/2018) |
| 04/10/2018 | Ï 14 | NOTICE of Change of Address by Brian E. Farnan (Farnan, Brian) (Entered: 04/10/2018) |
| 04/17/2018 | Ï 15 | ANSWERING BRIEF in Opposition re 11 MOTION to Stay filed by Level 3 Communications, LLC, Personal Web Technologies, LLC.Reply Brief due date per Local Rules is 4/24/2018. (Farnan, Brian) (Entered: 04/17/2018) |

| | | |
|---|---|---|
| 04/17/2018 | 16 | DECLARATION of Brian E. Farnan re (15 in 1:18−cv−00135−GMS) Answering Brief in Opposition, (13 in 1:18−cv−00133−GMS) Statement, (15 in 1:18−cv−00137−GMS) Answering Brief in Opposition, (15 in 1:18−cv−00134−GMS) Answering Brief in Opposition, (17 in 1:18−cv−00136−GMS) Answering Brief in Opposition by Level 3 Communications, LLC, Personal Web Technologies, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Farnan, Brian) Modified on 4/18/2018 (mdb). (Entered: 04/17/2018) |
| 04/24/2018 | 17 | REPLY BRIEF re 11 MOTION to Stay filed by WeddingWire, Inc.. (Attachments: # 1 Exhibit 1)(Mayo, Andrew) (Entered: 04/24/2018) |
| 04/27/2018 | 18 | NOTICE of Change of Firm Affiliation by Personal Web Technologies, LLC (Farnan, Brian) (Entered: 04/27/2018) |
| 05/29/2018 | 19 | First AMENDED COMPLAINT against All Defendants – filed by Personal Web Technologies, LLC, Level 3 Communications, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Farnan, Brian) (Entered: 05/29/2018) |
| 06/06/2018 | 20 | TRANSFER ORDER. Signed by Judge Sarah S. Vance, Chair, Panel on Multidistrict Litigation on 6/6/2018. Associated Cases: 1:18−cv−00133−GMS, 1:18−cv−00134−GMS, 1:18−cv−00135−GMS, 1:18−cv−00136−GMS, 1:18−cv−00137−GMS(mdb) (Entered: 06/06/2018) |